■ STATE OF NEW YORK, Respondent, v MICHAEL P. McMAHON, Appellant, and PAUL HOLMAN, JR., et al., Defendants.—Order and judgment, Supreme Court, Albany County, entered August 7, 1975 and October 28, 1975, respectively, affirmed, without costs. No opinion. Greenblott, J. P., Sweeney, Staley, Jr., Main and Mikoll, JJ., concur.